UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANCES DU JU, | CASE NO. C25-1812JLR |
| Plaintiff, | ORDER |
| v. | |
| TSAI JEN-YU, | |
| Defendant. | |

Before the court is *pro se* Plaintiff Frances Du Ju's motion for leave to file an amended complaint.  (Mot. (Dkt. # 16); *see* Prop. Am. Compl. (Dkt. # 16-1).)  Plaintiff has not served Defendant Tsai Jen-Yu, and Defendant has not appeared in this action. (*See generally* Dkt.)

Under Federal Rule of Civil Procedure 15(a)(1)(A), "[a] party may amend its pleading once as a matter of course no later than [] 21 days after serving it[.]"  Fed. R. Civ. P. 15(a)(1)(A).  Because Defendant has not been served, Plaintiff may amend her complaint once as a matter of course.  Therefore, the court GRANTS Plaintiff's motion

ORDER - 1

for leave to file an amended complaint (Dkt. # 16). Plaintiff shall file her amended complaint on the docket no later than **March 9, 2026**. The Clerk is DIRECTED to renote Plaintiff's motions for limited *in forma pauperis* status (Dkt. # 15) and for service by the United States Marshals Service (Dkt. # 14) for March 9, 2026.

Dated this 23rd day of February, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2